IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22-CR-040 |
| v. | § | Judge Johnson |
| | § | |
| FABIOLA CARDENAS | § | |

## MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States respectfully requests that the Court issue a preliminary order of forfeiture in this case. In support of its motion, the government states as follows:

1. On March 10, 2022, a Grand Jury sitting in the Eastern District of Texas returned a First Superseding Indictment against Defendant **Fabiola Cardenas**.

2. The First Superseding Indictment included a Notice of Intention to Seek Criminal Forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c) that provided notice that the government intended to seek forfeiture of Defendant's interest in the following:

    a. 70 rounds of 5.56mm/ .223 cartridges of ammunition, containing NATO Symbol markings "L C", and "20" on the head stamp;
    b. Anderson Manufacturing, Model AM-15 Rifle, Multi-Caliber, serial number 21110386, containing additional markings of "HEBRON, KY" and "5.56 NATO 1:8".

3. **Fabiola Cardenas** appeared before United States Magistrate Kimberly C. Priest Johnson for the Eastern District of Texas, on January 11, 2023, and pleaded guilty to Count One of the First Superseding Indictment.

4. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the

**Motion for a Preliminary Order of Forfeiture – Page 1**

above-described property to be forfeited, and will publish notice at www.forfeiture.gov of the Court's Order and the United States' intent to dispose of the property to be forfeited in such manner as the Attorney General may direct.

## Conclusion

The government respectfully requests that the Court issue the proposed Preliminary Order of Forfeiture and forfeit to the government Defendant's interest in the aforementioned property.

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney

/s/
TRACEY M. BATSON
Assistant United States Attorney
State Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on January 12, 2023.

/s/
Tracey M. Batson